WILLIAM COOPER, APPELLEE, v. J. H. HALL, APPELLANT.

FILED SEPTEMBER 28, 1912. No. 16,759.

APPEAL from the district court for Dawes county. JAMES J. HARRINGTON, JUDGE. Affirmed.

A. W. Crites, W. J. Coad and W. H. Herdman, for appellant.

*Andrew M. Morrissey, Justin E. Porter, Allen G. Fisher* and *William P. Rooney, contra.*

FAWCETT, J.

This action was tried in the district court upon the same record and to the same jury as *Cooper v. Coad, ante,* p. 840. The amount demanded was $100 for the sale of another of the stallions, referred to in said case, to one McDowell. There was a verdict and judgment for plaintiff, and both cases were argued together here. For the reasons stated in our opinion in the former case, the judgment of the district court is

AFFIRMED.